A CERTIFIED TRUE COPY
APR -5 2001
ATTEST
FOR THE JUDICIAL PANEL OF MULTIDISTRICT LITIGATION

JUDGE KAPLAN

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
MAR 20 2001
FILED
CLERK'S OFFICE

***DOCKET NO. 1348***

01 CV

***BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION***

***IN RE REZULIN PRODUCTS LIABILITY LITIGATION***

FLD SD of NY 4/12/01

***(SEE ATTACHED SCHEDULE)***

01-356 DSD/SRN

***CONDITIONAL TRANSFER ORDER (CTO-15)***

On June 9, 2000, the Panel transferred 19 civil actions to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. Since that time, more than 270 additional actions have been transferred to the Southern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Lewis A. Kaplan.

It appears that the actions listed on the attached schedule involve questions of fact which are common to the actions previously transferred to the Southern District of New York and assigned to Judge Kaplan.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 192 F.R.D. 459, 468-69 (2000), the actions listed on the attached schedule are hereby transferred under 28 U.S.C. §1407 to the Southern District of New York for the reasons stated in the order of June 9, 2000, and, with the consent of that court, assigned to the Honorable Lewis A. Kaplan.

This order does not become effective until it is filed in the office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.
APR -5 2001
CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

(3)

APR 1 ? 2001
FILED
JUDGMENT ENTD
DEPUTY CLERK

# SCHEDULE CTO-15 -- TAG ALONG CASES
# DOCKET NO. 1348
# IN RE REZULIN PRODUCTS LIABILITY LITIGATION

| District | Div | Civil Action # | |
|---|---|---|---|
| ALABAMA MIDDLE | | | |
| ~~ALM~~ | ~~2~~ | ~~01-266~~ | ~~Stephens, etc. v. Warner-Lambert Co., et al.~~ Opposed 4/4/01 |
| ARKANSAS EASTERN | | | |
| ~~ARE~~ | ~~4~~ | ~~01-126~~ | ~~Morrison v. Parke-Davis, et al.~~ Opposed 3/26/01 |
| CALIFORNIA SOUTHERN | | | |
| CAS | 3 | 01-356 | Snell-Brown v. Pfizer, Inc., et al. |
| ILLINOIS NORTHERN | | | |
| ILN | 1 | 01-1150 | Knerr, et al. v. Pfizer, Inc., et al. |
| MINNESOTA | | | |
| MN | 0 | 01-356 | Valdez, etc. v. Warner-Lambert Co., et al. |
| NORTH CAROLINA MIDDLE | | | |
| NCM | 1 | 01-228 | Fowler v. Pfizer, Inc., et al. |
| OHIO SOUTHERN | | | |
| OHS | 1 | 01-113 | Prince, et al. v. Warner-Lambert Co. |
| SOUTH CAROLINA | | | |
| SC | 8 | 01-433 | Parnell, et al. v. Pfizer, Inc., et al. |
| TEXAS NORTHERN | | | |
| TXN | 2 | 01-67 | Aguilar, et al. v. Pfizer, Inc., et al. |

Date: April 18, 2001 jr

R E C O R D O F D O C K E T T E X T

0:01-cv-00356 Victor Valdez v. Warner-Lambert Co

DOCKET ENTRY

Certified Copy OF Conditional Transfer ORDER (Michael J. Beck / Clerk of the MDL Panel) Case transferred to Southern District of: New York 2pg(s) (cc: all counsel)

Hon. David S Doty, Judge

THIS NOTICE SENT TO ALL COUNSEL